IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-90-D

| | | |
|---|---|---|
| TP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHAPTER 7 TRUSTEE | ) | |
| ALGERNON L. BUTLER, III, | ) | |
| | ) | |
| Appellee. | ) | |

TP, Inc. failed to comply with this court's order of December 2, 2015. See [D.E. 9].

Accordingly, the appeal is DISMISSED. The pending motion to dismiss [D.E. 4] is DENIED as

moot. The clerk shall close the case.

SO ORDERED. This **28** day of December 2015.

JAMES C. DEVER III
Chief United States District Judge