IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-78-D

| | | |
|---|---|---|
| TP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| COASTAL LIGHTING SUPPLY, INC., | ) | |
| | ) | |
| Appellee. | ) | |

TP, Inc. failed to comply with this court's order of December 2, 2015. See [D.E. 11]. Accordingly, the appeal is DISMISSED. The pending motion to dismiss [D.E. 9] is DENIED as moot. The clerk shall close the case.

SO ORDERED. This 28 day of December 2015.

JAMES C. DEVER III
Chief United States District Judge