IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:15-CV-92-D

| | | |
|---|---|---|
| TP, INC., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AYERS & HAIDT, PA., | ) | |
| | ) | |
| Appellee. | ) | |

TP, Inc. failed to comply with this court's order of December 2, 2015. See [D.E. 7].

Accordingly, the appeal is DISMISSED. The clerk shall close the case.

SO ORDERED. This __28__ day of December 2015.

                                                 JAMES C. DEVER III
                                                 Chief United States District Judge